MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRP FUND V, LLC, a Nevada Limited Liability Company,<br><br>           Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | Case No.: 2:20-cv-00789-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff TRP Fund V, LLC (**TRP**) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**), by and through their respective counsel of record, stipulate as follows:

1. Nationstar filed its motion to dismiss on Friday, May 8, 2020 [ECF No. 6].

2. TRP filed its opposition to Nationstar's motion to dismiss on Thursday, May 21, 2020 [ECF No. 10].

3. The deadline for Nationstar to file a reply supporting its motions to dismiss is currently Thursday, May 28, 2020.

4. The parties stipulate to extend Nationstar's deadline to reply supporting its motion to dismiss by seven (7) days, to **Thursday, June 4, 2020**.

…

…

1

53257076;1

1  5. This is the first request for an extension of this deadline and is not made for the purposes
2  of undue delay.
3  DATED: May ____, 2020.

| **AKERMAN LLP** | **THE WRIGHT LAW GROUP, P.C.** |
|---|---|
| */s/ Donna M. Wittig* | */s/ John Henry Wright* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for defendant Nationstar Mortgage LLC d/b/a Mr. Cooper* | JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, Nevada 89102<br><br>*Attorney for plaintiff TRP Fund V, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of May, 2020.